UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY SPAIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  C07-5707JKA<br><br><br>ORDER FOR<br>EXTENSION OF TIME |

Based on the stipulation between the parties, it is hereby ORDERED that Defendant shall have up to and including April 1, 2008, to file Defendant's Answer.

DATED this 21st day of March, 2008.

                              /s/ J. Kelley Arnold
                              UNITED STATES MAGISTRATE JUDGE

Page 1    ORDER - [C07-5707JKA]

Presented by:

s/ NANCY A. MISHALANIE            WSB # 18120
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone: (206) 615-3619
FAX: (206) 615-2531
Nancy.Mishalanie@ssa.gov

Page 2    ORDER - [C07-5707JKA]