1
2
3
4
5

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY C. SPAIN, | Civil No. C07-5707-FDB-JKA |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation between the parties, it is hereby ORDERED that Defendant shall have up to and including May 1, 2008, to file Defendant's Answer.

DATED this 2nd day of April, 2007.

                                                 */s/ J. Kelley Arnold*
                                                 UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ NANCY A. MISHALANIE          WSB # 18120
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone: (206) 615-3619
FAX: (206) 615-2531

Page 1     ORDER - [C07-5707-FDB-JKA]

1  Nancy.Mishalanie@ssa.gov

28  Page 2      ORDER - [C07-5707-FDB-JKA]