# United States District Court

WESTERN DISTRICT OF WASHINGTON

BOBBY C. SPAIN

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

CASE NUMBER: C07-5707FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for an award of costs and attorney's fee [Dkt. #26] is **GRANTED**. Expenses in the amount of $19.43, and attorney's fees in th amount of $4,042.83 are awarded to Plaintiff's attorney Eitan Kassel Yanich.


| September 23, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                                            *s/CM Gonzalez*
                                                                            Deputy Clerk